UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEMPSEY ADDISON,

          Plaintiff,

v.

CITY OF DETROIT-DEPARTMENT OF
HUMAN SERVICES, UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN
SERVICES and COMMUNITY DEVELOPMENT
INSTITUTE,

          Defendants.
_____/

Civil Action No. 12-12793

Honorable Denise Page Hood

## **JUDGMENT**

This action having come before the Court and the Court having issued an order dismissing the case this date,

Accordingly,

Judgment is entered against Plaintiff Dempsey Addison and in favor of Defendants City of Detroit-Department of Human Services, United States Department of Health and Human Services and Community Development Institute.

                                              DAVID J. WEAVER
                                              CLERK OF COURT

Approved:                                          By: s/LaShawn  Saulsberry
                                                         Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: March 27, 2013
Detroit, Michigan

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 27, 2013, by electronic and/or ordinary mail.

                         S/LaShawn R. Saulsberry
                         Case Manager